## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 8:11MJ138 (D. Nebr.) |
| | ) | 2  2768839 (D. Colo.) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SHAWNA L. DUPLISSEY,** | ) | |
| | ) | **Magistrate Judge Thalken** |
| Defendant. | ) | |

## RULE 5 ORDER

A Violation Notice having been filed in the district court for the District of Colorado charging the above-named defendant with assaults within maritime and territorial jurisdiction and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5.  The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5  and was informed of the provisions of Fed.R.Cr.P.20.  Additionally, defendant

(X)   Waived an identity hearing and admitted that she was the person named in the aforementioned charging document.

Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)   Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.   The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.  All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

IT IS SO ORDERED.

DATED in Omaha, Nebraska this 2nd day of June, 2011.

s/ Thomas D. Thalken
U.S. Magistrate Judge